UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 20-1784

AARON HOPE; IWAN RAHARDJA JESUS DE LA PENA;
RAKIBU ADAM DUC VIET LAM; YELENA MUKHINA NAHOM GEBRETNISAE;
ISMAIL MUHAMMED; GLENN WEITHERS KONSTANTIN BUGARENKO;
BRISIO BALDERAS-DOMINGUEZ; VIVIANA CEBALLOS; WILDERS PAUL;
MARCOS JAVIER ORTIZ MATOS; ALEXANDER ALVARENGA ARMANDO
AVECILLA; COSWIN RICARDO MURRAY; EDWIN LUIS CRISOSTOMO
RODRIGUEZ; ELDON BERNARD BRIETTE; DEMBO SANNOH; JESUS ANGEL
JUAREZ PANTOJA; ALGER FRANCOIS

v.

WARDEN YORK COUNTY PRISON; WARDEN PIKE COUNTY CORRECTIONAL
FACILITY; DIRECTOR PHILADELPHIA FIELD OFFICE IMMIGRATION AND
CUSTOMS ENFORCEMENT; DIRECTOR UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT; SECRETARY UNITED STATES DEPARTMENT OF
HOMELAND SECURITY,
                                        Appellants

(M.D. Pa. No. 1-20-cv-00562)

_____

SUR PETITION FOR REHEARING
_____

Present: SMITH, *Chief Judge*, MCKEE, AMBRO, CHAGARES, JORDAN,
HARDIMAN, GREENAWAY, JR., KRAUSE, RESTREPO, BIBAS, PORTER,
MATEY, PHIPPS, and SCIRICA,[1] *Circuit Judges*.

The petition for rehearing filed by appellant in the above-entitled case having been

submitted to the judges who participated in the decision of this Court and to all the other

available circuit judges of the circuit in regular active service, and no judge who concurred

---

[1] Judge Scirica's vote is limited to panel rehearing.

in the decision having asked for rehearing, and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc is denied.

BY THE COURT,

s/ *Thomas M. Hardiman*
Circuit Judge

Dated: November 3, 2020
CJG/cc:    Eunice H. Cho, Esq.
            David C. Fathi, Esq.
            Carla G. Graff, Esq.
            Stephen B. Kang, Esq.
            Kelly A. Krellner, Esq.
            Erika B. Nyborg-Burch, Esq.
            Vanessa Stine, Esq.
            Muneeba S. Talukder, Esq.
            Witold J. Walczak, Esq.
            Cecillia D. Wang, Esq.
            David Byerley, Esq.
            Jeffrey S. Robins, Esq.
            Scott G. Stewart, Esq.
            Lawrence J. Joseph, Esq
            Kristin A. Macleod-Ball, Esq.
            Susanna M. Buergel, Esq.